UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-22875-BLOOM/Louis

WINDY LUCIUS,

    Plaintiff,

v.

SURF STYLE, INC.,

    Defendant.
_____/

### ORDER TO SHOW CAUSE

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On August 6, 2019, the Court ordered Defendant to file an Inspection Report no later than August 26, 2019. ECF No. [9] ("ADA Order"). To date, Defendant has not filed an Inspection Report, nor has shown cause for the failure to do so.

Accordingly, it is **ORDERED AND ADJUDGED** that on or before **September 3, 2019**, Defendant shall comply with the requirements of the ADA Order. Failure to comply will result in sanctions, including, but not limited to, entry of default. All other deadlines set forth in the Order shall remain strictly in place.

**DONE AND ORDERED** in Chambers at Miami, Florida, on August 27, 2019.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record