UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT OF FLORIDA

CASE NO.: 1:19-cv-22875-BB

WINDY LUCIUS,

    Plaintiff,

vs.

SURF STYLE, INC.,

    Defendant.

_____/

## DEFENDANT'S INSPECTION REPORT

    Defendant, Surf Style, Inc. ("Defendant") has been sued by the Plaintiff, Windy Lucius ("Plaintiff") for failure to provide equally effective communications on its website under the Title III of the Americans with Disabilities Act. On August 8, 2019, this Court issued its ORDER IN ACTIONS BROUGHT UNDER THE AMERICANS WITH DISABILITIES ACT requiring Defendant to file its inspection report. Defendant's report is below:

    1.    The result of the Defendant's inspection of each alleged violation:

    Attached and marked as **Exhibit "A"**.

    2.    The specific defenses applicable to each claim set forth in the "Plaintiff's Inspection Report." The Plaintiff's issue is now moot as the Defendant has updated the subject website and is in compliance with Title III of the Americans with Disabilities Act.

## <u>CERTIFICATE OF SERVICE</u>

    I HEREBY CERTIFY that on the 4th day of September 2019, the foregoing was filed electronically with the Clerk of Court using CM/ECF which will send notice of electronic filing to the following counsel of record:

**J. COURTNEY CUNNINGHAM, PLLC**
*Counsel for Plaintiff*
J. Courtney Cunningham, Esq.
Florida Bar No. 628166
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
Telephone: (305) 351-2014
cc@cunninghampllc.com

                                              THE TARICH LAW FIRM P.A.
                                              *Counsel for Defendant*
                                              1946 Tyler Street
                                              Hollywood, Florida 33020
                                              Telephone: (305) 503-5095
                                              Facsimile: (866) 858-1226
                                              Primary Email: Manny@TarichLaw.com
                                              Secondary Email: Litigation@TarichLaw.com
                                              Additional Email: Alex@TarichLaw.com


                                              By:___*/s/ Manny M. Tarich*_____
                                              Manny M. Tarich, Esq.
                                              Florida Bar No. 654876



Exhibit "A"

Exhibit "A"











Exhibit "A"



Exhibit "A"





Exhibit "A"



Fig. 8



Exhibit "A"









Exhibit "A"